# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00723-CV

**TEA Ranch, LP, through its General Partner, Thomas Everett Allen; and Thomas Everett Allen, Individually, Appellants**

**v.**

**Jan Yates Boultinghouse, in her Capacity as Executor of the Estate of Mack Yates, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT NO. 13883, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Rose

Filed: February 26, 2014